IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LOLA B. HARRIS,

    Plaintiff,

vs.                                      CASE NO. 5:07cv44/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is reversed.

3. The Commissioner is ordered to remand this case to the administrative law judge for further proceedings consistent with the Report and Recommendation (Doc. 11).

4. The clerk is directed to close the file.

ORDERED on February 29, 2008.

                                            /S/ Richard Smoak_____
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**