IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LOLA B. HARRIS,

    Plaintiff,

vs.                                          CASE NO. 5:07cv44/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judges Report and Recommendation (Doc. 18), which considers Plaintiff's Application for Attorney's Fees under the equal access of Justice Act (Doc. 16). Defendant filed a response to confirm that he does not object to Plaintiff's application (Doc. 17).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff is entitled to recover fees in the amount of $4,656.25 for work performed by her attorney in representing her before this court pursuant to 28 U.S.C. §2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner of Social Security is directed to pay that amount to Plaintiff.

3. Costs in the amount of $350.00 are also awarded to Plaintiff and shall be paid from the Judgment Fund of the United States Treasury.

4.      The clerk is directed to close the file.

**ORDERED** on June 24, 2008.

    /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**